**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 9676 |
| | ) | |
| **HERSHARE FINANCIAL CORPORATION, STATE BANK OF HERSCHER, SIMS BUSINESS ENTERPRISES LP, WAYNE K. SIMS, PROVEN PARTNERS MANUFACTURING, LLC, and KEVIN M. SIMS,** | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This newly-filed declaratory judgment action has been assigned to this Court's calendar

by this District Court's random assignment system.  Although this Court is contemporaneously

issuing its customary initial scheduling order, this additional memorandum order is issued sua

sponte to request a confirmation of the allegations by plaintiff St. Paul Mercury Insurance

Company (self-identified in its Complaint as "Travelers") as to subject matter jurisdiction based

on diversity of citizenship.

Complaint ¶ 2 identifies Connecticut as the situs of both facets of Travelers' corporate

citizenship under 28 U.S.C. § 1332(c)(1).  On the other side of the "v." sign, Complaint ¶¶ 3

through 6 identify one defendant, a bank holding company, as a citizen of both Delaware and

Illinois and three of the other defendants -- a state bank and two individuals -- as Illinois citizens.

Although all of those allegations are asserted "upon information and belief," there appears to be no ground for questioning their accuracy.

Instead the inquiry made here is as to Complaint ¶ 7's allegations regarding a defendant limited liability company and Complaint ¶ 8's allegations regarding a defendant limited partnership, as to each of which citizenship for diversity jurisdictional purposes must be based on the states of citizenship of all members of the limited liability entities. Because there too the allegations are advanced on information and belief, with Travelers' counsel having been required to rely on second-hand information, this Court's first duty -- to determine the existence of federal subject matter jurisdiction -- calls for verification by defendants themselves.

Accordingly, this memorandum order is issued to request such verification. To that end a copy of this memorandum order is being transmitted to Travelers with a direction that it provide copies to all defendants, and they in turn are ordered to confirm the facts as to their respective states of citizenship by filings with the Clerk of this District Court on or before November 23, 2015:

> Thomas Bruton, Clerk
> United States District Court
> 219 South Dearborn Street -- 20th Floor
> Chicago, Illinois  60604

_____

Milton I. Shadur
Senior United States District Judge

Date:  November 2, 2015