**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>HERSHARE FINANCIAL CORPORATION, STATE BANK OF HERSCHER, SIMS BUSINESS ENTERPRISES LP, WAYNE K. SIMS, PROVEN PARTNERS MANUFACTURING, LLC, and KEVIN K. SIMS,<br><br>           Defendants. | No. 15-CV-09676 |

**DEFENDANTS THE SIMS PARTIES' RULE 16 MOTION FOR SUMMARY ADJUDICATION THAT VALID NOTICE OF CIRCUMSTANCES WAS PROVIDED**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Defendants Sims Business Enterprises LP, Wayne K. Sims, Proven Partners Manufacturing, LLC, and Kevin K. Sims (collectively, "the Sims Parties") hereby move for summary adjudication that Plaintiff St. Paul Mercury Insurance Company ("Travelers") received a notice of circumstance that triggered coverage for the underlying lawsuit the Sims Parties filed against Hershare Financial Corporation ("Hershare") and State Bank of Herscher ("Bank") (collectively, the "Hershare Parties").[1]  In support of this Motion, incorporating herein their concurrently filed a Memorandum of Law in Support and Joint Stipulation of Facts (Dkt No. 33.), state as follows:

1.    Travelers issued Policy No. 14P87012-12-N2, including $2 million in Management Liability coverage, to the Hershare Parties, with a policy period of April 1, 2012 to April 1, 2013.  The Policy provides coverage for claims made against one of the Hershare Parties during the policy period.  The Policy also permits the policyholder to provide notice to the

---

[1] The Hershare Parties have not appeared in this litigation.

insurer of "circumstances which could give rise to a Claim for a Wrongful Act" in the future, thereby preserving coverage even if that claim is ultimately made after expiration of the policy period.

2.  On March 27, 2013, several days before the expiration of the policy period, the Hershare Parties provided Travelers with a Letter describing circumstances that could give rise to a claim. That notice preserved coverage for the claims later made by the Sims Parties against the Hershare Parties, including through the lawsuit captioned *Sims Business Enterprises LP, et al. v. Hershare Financial Corporation, et al.* (the "Sims Lawsuit").

3.  Travelers denied Hershare's request for coverage on the ground that notice had not been provided within the policy period or any extended discovery period, and on October 29, 2015, filed this declaratory judgment lawsuit. On March 28, 2016, at the parties' request, the Court entered a briefing schedule under Rule 16 to adjudicate the issue of whether the Letter constituted a notice of circumstances under the Policy.

4.  The Letter is sufficient to trigger coverage under the terms of the Policy. The Letter sets forth the description of the circumstances that could, and did, lead to a Claim; identifies specific wrongful acts associated with those circumstances; identifies the Insureds involved and actions taken by individual directors and officers that could give rise to claims; and provides the additional information necessary under the Policy for the Hershare Parties to put Travelers on notice of circumstances that could give rise to a Claim.

5.  For these reasons, as well as the reasons set forth in the Memorandum of Law in Support of this Motion, the Sims Parties respectfully request the Court find the Notice of Circumstances Letter provided to Travelers by the Hershare Parties on March 27, 2013

- 3 -

constituted notice of circumstances under the Policy issued by Travelers with respect to the claims made by the Sims Parties.

Dated:  April 25, 2016
                              SIMS BUSINESS ENTERPRISES LP, PROVEN PARTNERS MANUFACTURING, LLC, WAYNE K. SIMS and KEVIN K. SIMS


By: *s/ Furqan Mohammed*

    Jeff J. Bowen, Bar No. 1074862
    Admitted *pro hac vice*
    PERKINS COIE LLP
    One East Main Street
    Suite 201
    Madison, WI  53703-5118
    Telephone:  608.663.7460
    JBowen@perkinscoie.com

    Geoffrey A. Vance, ARDC No. 6231366
    Furqan Mohammed, ARDC No. 6308023
    PERKINS COIE LLP
    131 S. Dearborn Street
    Suite 1700
    Chicago, IL 60603-5559
    Phone: 312.324.8400
    GVance@perkinscoie.com
    FMohammed@perkinscoie.com

117293-0001.0001/130775179.1

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2016, a true and correct copy of **DEFENDANTS THE SIMS PARTIES' RULE 16 MOTION FOR SUMMARY ADJUDICATION THAT VALID NOTICE OF CIRCUMSTANCES WAS PROVIDED** was filed and served via the Court's CM/ECF system up the following counsel of record:

Christopher J. Bannon
Amber Oleson LaFevers
Aronberg, Goldgehn, Davis & Garmisa
330 N. Wabash Avenue
Suite 1700
Chicago, IL 60611-3633
(312) 755-3175
Fax: (312) 222-6375
Email: cabannon@agdglaw.com
Email: alafevers@agdglaw.com

*Counsel for St. Paul Mercury Insurance Company*

                                              SIMS BUSINESS ENTERPRISES LP,
                                              WAYNE SIMS, PROVEN PARTNERS
                                              MANUFACTURING, LLC AND KEVIN K.
                                              SIMS

Dated: April 25, 2016                       By:    *s/ Furqan Mohammed*
                                                                      Furqan Mohammed

117293-0001.0001/130775179.1